UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS

In Re:    Paul A Francis
          Debtor,

Chapter: 13
Case No: 17−11171
Judge Frank J. Bailey

### ORDER OF DISMISSAL

    Due to the failure of the Debtor to comply with the Court's Order of **APRIL 18, 2017** , and the Debtor having failed to file timely the **Chapter 13 Plan, Schedules A/B−J, Statement of Financial Affairs, Summary of Assets and Liabilities, and Chapter 13 Statement of Your Current Monthly Income and Calculation of Commitment Period Form 122C−1** , it is hereby ordered that the above−entitled case be and hereby is **DISMISSED**.

By the Court,

*[signature]*
U.S. Bankruptcy Judge

05/03/2017